```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27387
   ARLENE Y PENA
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5450


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 07/11/05 and confirmed on 10/28/05.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $   8886.31 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AARONS | UNSECURED | NOT FILED | .00 | .00 |
| GREENWICH FINANCE | SECURED | 4400.00 | 454.37 | 4400.00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 529.85 | .00 | 58.28 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CASHMART | UNSECURED | 266.00 | .00 | 29.26 |
| GET IT NOW | UNSECURED | 187.20 | .00 | 20.59 |
| ILLINOIS LENDING | UNSECURED | 940.40 | .00 | 103.44 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TEN MINUTE PAY DAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK CORPORATE OFFI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| GREENWICH FINANCE | UNSECURED | 4442.63 | .00 | 488.69 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 927.35 | .00 | 102.01 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 513.60 | .00 | 56.50 |

```
              Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER        TOTAL

TOTAL CLMS ALLOWED 4400.00          .00      7807.03         .00     12207.03
PRINCIPAL PAID     4400.00          .00       858.77         .00      5258.77
INTEREST PAID       454.37          .00          .00         .00       454.37
TOTAL PAID         4854.37          .00       858.77         .00      5713.14
The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    380.86 .

Refunds to the Debtor totaled $      92.31 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE